

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | August 26, 2025 |
| U.S. v. ALFREDO PINTO-MENDOZA, JUAN MANUEL GOUVEIA-AGUILERA, YOINBER ALFONSO MOREY MOREY, CRISTHIAN ALEXANDER MUNOZ PEREZ, DYFRED JOFIEL REYES-PALACIOS, EYDER BUENO FRANCIA, CRISTIAN MANUEL TOVAR-OLIVARES, SNAIDER STHIFERSON CASTRO HIDALGO, JOSE ANTONIO ALIENDRES GARCIA, YOHALEX GARCIA-VALLADARES, ALEXANDER JOSE MAYORA-BLANCO, JOHAN RODRIGUEZ-HERNANDEZ, IVAN JOSE ANGULO FLORES, JOSE DAVID ALVAREZ-JIMENEZ, MARIA RIOS-AREVALO A/K/A MARIA R. BETANIA, DARWIN DANIEL SALINAS-VICTORRA, JOVITO BRAKWAITTE-BLANCO, EDUAR JESUS PAEZ AVENDANO, DAVID RAMIRO FALLO-SANTONICOLA, JOEL ALEJANDRO MORANTES LEAL, and ENDIS DANIEL GONZALEZ ORTEGA, 8:25CR190 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that twenty-one (21) of the above-named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐   Unseal the Indictment and any underlying Magistrate Judge case

☐   Unseal the Magistrate Judge case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐   Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**

☒   Unseal case but the Indictment should be **Sealed** (Redacted Indictment to be provided)

1